IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 268

| | |
|---|---|
| **REGROUP DEVELOPMENT, LLC,** a Florida Corporation, )<br>)<br>**Plaintiff** )<br>)<br>v )<br>)<br>**RABUN COUNTY BANK,** a Georgia Corporation, )<br>)<br>**Defendant** ) | **ORDER** |

**THIS MATTER** is before the court pursuant to the "Parties' Report On Proper Division" (#10). The court conducted a review of the pleadings in this matter and entered an Order (#9) on December 20, 2011requiring that the parties report to the court as to their position as to the proper division of this court in which this case was to be administered and determined. The undersigned had reviewed the Complaint and had identified that it appeared this matter had been filed by the plaintiff in the wrong division, that is in the Asheville division, and the case should more appropriately be administered through the Bryson City division. In the report, the parties report that Bryson City is the appropriate division in which to administer this case.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the administration of this case be removed from the Asheville division to the Bryson City division and the file number

in this case be changed from the Asheville division to the appropriate file number for the Bryson City division.

Signed: January 10, 2012

Dennis L. Howell
United States Magistrate Judge