IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CASE NO. 2:11cv59

| | |
|---|---|
| REGROUP DEVELOPMENT, LLC, a Florida Corporation, and REGROUP SAPPHIRE 281, LLC, a Florida Corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>RABUN COUNTY BANK, a Georgia Corporation,<br><br>　　　　Defendant. | **JUDGMENT** |

**THIS MATTER** came to trial and was heard by the undersigned judge, and a jury was duly empaneled and did answer the issues presented as follows:

1. Did the Defendant have a special relationship of trust and confidence with the Plaintiffs?

　　ANSWER:　NO

2. Did the Defendant breach any such special relationship of trust and confidence with the Plaintiffs?

　　ANSWER:　N/A

3. Were the Plaintiffs damaged by any fraud of the Defendant?

    ANSWER: N/A

4. Were the Plaintiffs damaged by any negligent misrepresentation of the Defendant?

    ANSWER: N/A

5. If your answer to Issue 3 or Issue 4 or both is "Yes," were such actions of the Defendant in or affecting commerce?

    ANSWER: N/A

6. Was the Defendant unjustly enriched at the expense of the Plaintiffs?

    ANSWER: NO

7. Was the Defendant damaged by any fraud of the Plaintiffs?

    ANSWER: N/A

8. Did any joint venture that the Plaintiffs had with David Mahoney terminate after May 6, 2011?

    ANSWER: N/A

9. Is the Plaintiffs' claim barred by the "Doctrine of Unclean Hands"?

    ANSWER: N/A

10. What amount of damages, if any, are the Plaintiffs entitled to recover as a direct result of the actions of the Defendant?

ANSWER: N/A

11. What amount of punitive damages, if any, are the Plaintiffs entitled to recover as a result of the Defendant's actions?

ANSWER: N/A

Based upon the foregoing facts as found by the jury, the Court concludes as a matter of law that the Plaintiffs should have and recover nothing from the Defendant and Plaintiffs should be taxed with the costs of this action.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of the Defendant and against the Plaintiffs and all claims asserted by the Plaintiffs against the Defendant are **DISMISSED WITH PREJUDICE**, and Plaintiffs shall have and recover nothing from the Defendant in the form of damages.

**IT IS SO ORDERED.**

Signed: October 21, 2013

Martin Reidinger
United States District Judge